KENNETH A. FEINSWOG (State Bar No. 129562)
kfeinswog@aol.com
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone:   (310) 846-5800
Facsimile:   (310) 846-5801

JS-6

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT
## OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., | **CIVIL ACTION NO. 11-5070 RSWL-RZ** |
| Plaintiff, | **ORDER OF <u>DISMISSAL WITHOUT PREJUDICE</u>** |
| -against- | |
| SPREADSHIRT, INC., VARIOUS JOHN DOES, JANE DOES, AND ABC COMPANIES, | |
| Defendants. | |

The parties having stipulated for dismissal without prejudice in the above-referenced action;

///

///

1

1     IT IS HEREBY ORDERED that plaintiff's claims are hereby

2

3   dismissed without prejudice with each party bearing its own costs and

4   attorneys' fees.

5

6   Dated:  July 25, 2012          RONALD S.W. LEW

7                                  _____
                                   HONORABLE RONALD S.W. LEW
8                                  Senior, U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28